**STEVENS & LEE**
Catherine Kelly, Esq.
New Jersey Attorney ID #: 179042016
510 Carnegie Center Drive, Suite 400
Princeton, New Jersey 08540
Catherine.Kelly@StevensLee.com
Telephone: (212) 537-0417
*Attorneys for Plaintiff*
*PulseForge, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **PULSEFORGE, INC.,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )    **Case No.: 2:25-CV-18600** |
| **HANWHA VISION AMERICA, INC.,** | )<br>)<br>) |
| **Defendant.** | )<br>)<br>) |

**COMPLAINT**

Plaintiff PulseForge, Inc. files this Complaint against Defendant Hanwha Vision America, Inc. ("HVA" or "Defendant"), and would respectfully show the Court as follows:

**I.**
**INTRODUCTION**

1. In December of 2021, HVA received a high-intensity, digital thermal processor in accordance with the terms of a purchase order entered into between HVA and PulseForge's predecessor in interest, NCC Nano, LLC d/b/a NovaCentrix (collectively, "PulseForge"). PulseForge delivered its product to HVA in accordance with the terms of the purchase order. To date, HVA has refused to pay as required by the purchase order. PulseForge seeks the amounts outstanding and owed, plus attorneys' fees, interest, and costs.

**PAGE 1**

## II.
## PARTIES

2. PulseForge, Inc. is a Delaware corporation with its principal place of business located at 400 Parker Drive, Suite 1130, Austin, Texas 78728. It is the successor in interest on the purchase order at issue here, to NCC Nano, LLC d/b/a NovaCentrix.

3. Hanwha Vision America, Inc. is a New Jersey corporation, previously known as Hanwha Techwin Automation Services, Inc., with its home office and principal place of business at 6000 Phyllys Drive, Cypress, California 90630, which may be served through its Registered Agent in New Jersey located at 100 Princeton South, Ewing Township, New Jersey 08628.

## III.
## JURISDICTION

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff and Defendant, and the amount in controversy exceeds $75,000. The Court has personal jurisdiction over HVA because HVS is organized under the laws of New Jersey and is, therefore, subject to general jurisdiction in New Jersey.

## IV.
## VENUE

5. Venue is proper in the District of New Jersey under 28 U.S.C. § 1391 because HVA is organized under the laws of New Jersey and, therefore, resides in this District.

## V.
## FACTS

**1.   Plaintiff PulseForge, Inc.**

6. PulseForge designs and manufactures state-of-the-art processing tools for industrial semiconductors.

7. One of its primary products is its In-Line System (the "In-Line System"), a high-intensity pulsed light processor that allows soldering to occur on heat-sensitive components and substrates. Among other things, the In-Line System can cure, sinter, and solder on surfaces such as paper, plastic, fabric, and recycled materials.

## 2. HVA's Purchase Order with NCC Nano, LLC d/b/a NovaCentrix

8. On or about December 13, 2021, HVA issued Purchase Order No. PO211213-01 to PulseForge for an In-Line System (the "Purchase Order"). The total price for the In-Line System was $350,000.00. Under the terms of the Purchase Order, payment was to be made within sixty (60) days of the shipment of the In-Line System. A true and correct copy of the Purchase Order is attached as Exhibit A.

9. On or about December 13, 2021, PulseForge issued Invoice No. 2021-18515 to HVA for payment (the "Invoice"). The Invoice also included Net 60 terms, which imposed an obligation for HVA to make payment within sixty (60) days of PulseForge shipping the In-Line System to HVA. A true and correct copy of the Invoice is attached as Exhibit B.

10. PulseForge shipped the In-Line System to HVA on or about December 6, 2021.

## 3. HVA's Failure to Pay

11. PulseForge shipped the In-Line System to HVA on or about December 6, 2021. Therefore, HVA was required to pay PulseForge no later than February 4, 2022. HVA failed to pay in accordance with the terms of the Purchase Order and Invoice.

12. As of the date of this Complaint, HVA has failed to pay PulseForge any portion of the $350,000.00 that is contractually owed to PulseForge under the Purchase Order and Invoice.

13. As such, PulseForge seeks all actual damages in an amount equal to: (a) the $350,000.00 due and owed under the Purchase Order and Invoice; (b) costs of court; (c) pre- and post-judgment interest; and (d) reasonable and necessary attorneys' fees.

## VI.
## CAUSES OF ACTION

A. **COUNT 1: BREACH OF CONTRACT**

14. Each of the foregoing paragraphs are incorporated herein by reference.

15. As set forth above, HVA entered into a valid and enforceable Purchase Order, pursuant to which HVA would receive an In-Line System from PulseForge in exchange for $350,000.00.

16. PulseForge fully performed all conditions, covenants, and promises under the Purchase Order by delivering the In-Line System to HVA.

17. HVA breached the Purchase Order by failing to perform its obligations under the Purchase Order. Specifically, HVA is in default as a result of its failure to pay PulseForge the amount due and owed under the Purchase Order.

18. As a proximate and foreseeable result of HVA's breach, PulseForge has been damaged by HVA's failure to pay in accordance with the Purchase Order, and seeks recovery of the amount due and owed under the Purchase Order.

B. **COUNT 2: SUIT ON SWORN ACCOUNT**

19. Each of the foregoing paragraphs are incorporated herein by reference.

20. In the usual course of business, PulseForge furnished HVA with goods as outlined in the Purchase Order and Invoice attached hereto, as required by the agreement of the parties.

21. HVA accepted the goods and became bound to pay PulseForge for the goods reflected in the Purchase Order and Invoice. The Purchase Order and Invoice reflect a transaction or series of transactions for which a systematic record has been kept.

22. All payments, credits, and offsets to HVA have been credited. The principal balance due, owing, and unpaid to PulseForge per the Purchase Order and Invoice is **$350,000.00**. *See* Exhibit A and Exhibit B. Although requested to do so, Defendant has failed to pay the amount due.

C.  **COUNT 3: QUANTUM MERUIT**

23. Each of the foregoing paragraphs are incorporated herein by reference.

24. Pleading additionally and in the alternative, PulseForge provided valuable goods to HVA by shipping an In-Line System to HVA.

25. Such goods were rendered at the specific request, and for the benefit of, HVA, with knowledge, consent, and acquiescence.

26. Due to the significant costs and value of the In-Line System provided to HVA, HVA understood that PulseForge expected to be compensated therefor.

27. Upon information and belief, HVA accepted, used, and benefited from the In-Line System.

28. PulseForge has made numerous demands for payment to HVA, and HVA has refused to compensate PulseForge for the goods provided.

29. HVA would be unjustly enriched if allowed to retain the benefits conferred upon it without payment for those goods.

30. As a result of HVA's refusal to pay PulseForge for the In-Line System provided, PulseForge has sustained substantial damages, included but not limited to damages in the amount of at least $350,000.00, and other damages in an amount to be determined at trial.

## IX.
## PRAYER

Plaintiff PulseForge, Inc. files its Complaint against Defendant Hanwha Vision America, Inc., and requests that it be cited to appear and answer and, upon final hearing, the Court enter judgment against Defendant for the following:

a. Actual damages in the amount of $350,000.00 resulting from Defendant's actions/inactions;

b. Pre- and post-judgment interest at the maximum rate allowed by law;

c. Costs of Court;

d. Reasonable and necessary attorneys' fees; and

e. All other and further relief to which Plaintiff is justly entitled.

Dated: December 13, 2025

                      **STEVENS & LEE**

By: *Catherine Kelly*
Catherine Kelly, Esq.
New Jersey Attorney ID #: 179042016
510 Carnegie Center Drive, Suite 400
Princeton, New Jersey 08540
Catherine.Kelly@StevensLee.com
Telephone: (212) 537-0417

**ATTORNEYS FOR PLAINTIFF
PULSEFORGE, INC.**